SOLOMON et al. v. EGGLESTON. (Circuit Court of Appeals, Fifth Circuit. March 4, 1913.) No. 2,440. Appeal from the District Court of the United States for the Northern District of Alabama; Wm. I. Grubb, Judge.

A. Latady, of Birmingham, Ala., for appellants.    Robert C. Redus, of Birmingham, Ala., for appellee.    Before PARDEE and SHELBY, Circuit Judges, and NEWMAN, District Judge.

PER CURIAM.    On the facts we concur with the judge a quo in finding a re-entry by the lessor.    The decree (198 Fed. 581) appealed from is affirmed.